FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 JUN 24 AM 10: 02

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Augusta Division

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Garrett Delmar Jones, Jr., aka "Straw" | ) | Case No: 1:11CR00084-1 |
| | ) | USM No: 11485-021 |

Date of Original Judgment: November 2, 2011            ) Andrew M. Magruder
Date of Previous Amended Judgment: _____    ) Defendant's Attorney
*(Use Date of Last Amended Judgment, if any)*

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [X] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[X] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated November 2, 2011 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 6-24-15

Effective Date: November 1, 2015
*(if different from order date)*

Judge's signature

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*